**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6760**

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff – Appellee,

　　　v.

ROBERT EARL GOINS, a/k/a Robert Earl,

　　　　　　　Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.　R. Bryan Harwell, District Judge. (4:12-cr-00669-RBH-3)

Submitted: September 15, 2015　　　Decided: October 6, 2015

Before KING, WYNN, and HARRIS, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert Earl Goins, Appellant Pro Se.　Arthur Bradley Parham, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Earl Goins filed an 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of his sentence. The U.S. Probation Office filed a report recommending that the district court deny the motion. Apparently mistaking this report for an order denying the motion, Goins noted this appeal. The district court has issued no ruling pertaining to Goins' motion. Because there has been neither a final order nor an appealable interlocutory or collateral order entered in this case, we dismiss the appeal for want of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED